ACCEPTED
01-15-00567-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 12:29:57 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00567-CV**

**IN THE COURT OF APPEALS FOR THE FIRST DISTRICT
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 12:29:57 PM
CHRISTOPHER A. PRINE
Clerk

**MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE
PETERSON AND LONNY PETERSON, APPELLANTS**

**v.**

**SILVERADO SENIOR LIVING, INC., D/B/A SILVERADO SENIOR
LIVING SUGAR LAND, APPELLEE**

# Appendix Tab 1 - 7

**P. Alan Sanders**
**Tx. State Bar No: 17602100**
**Joshua Davis**
**Tx. State Bar No. 24031993**
**Lewis Brisbois Bisgaard & Smith, LLP**
**Weslayan Tower, Suite 1400**
**24 Greenway Plaza**
**Houston, Texas, 77046**
**(713) 659-6767**
**(713) 759-6830 – Fax**
**Alan.Sanders@LewisBrisbois.com**
**Josh.Davis@LewisBrisbois.com**

# TAB 1

# INDEX TO SILVERADO'S APPENDIX, AND MATERIAL EVENT CHRONOLOGY

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court[1] | Clerk's Record #[2] |
|---|---|---|---|---|---|---|
| 1 | 0001-0010 | N/A | Index | Index to Silverado's Appendix, and Material Event Chronology | 1st COA | N/A |
| 2 | 0011-0011 | N/A | Chart | Listing of Plaintiffs, Defendants and Counts Across Plaintiffs' Petitions | 1st COA | N/A |
| 3 | 0012-0013 | N/A | Chart | Listing of all Orders Appealed in 1st COA 567 and 586, cross referenced to Plaintiffs' notices of appeal | 1st COA | N/A |
| 4 | 0014-0063 | Misc. | Orders | Compilation copies of all Orders Appealed in 1st COA 567 and 586, and related items, as listed in Chart at Appx. Tab 3 | 1st COA | Misc. |
| 5 | 0064-0076 | 12/11/13 | Filed | Application for Guardianship of Ruby S. Peterson, filed by Don and Mack and naming as Respondents, Manley and David | Probate | 586:14 |
| 6 | 0077-0077 | 02/25/14 | Signed | Order appointing Russ Jones as AAL for Ruby S. Peterson | Probate | 586:108 |
| 7 | 0078-0080 | 03/27/14 | Hearing | Motion for Medical Examination and for Costs | Probate | RR Vol. 2 |
| 8 | 0081-0082 | 03/28/14 | Filed | Original Answer by Russ Jones as AAL for Ruby S. Peterson | Probate | 586:191 |
| 9 | 0083-0083 | 03/27/14 | Signed | Order appointing Jilly Young as GAL for Ruby S. Peterson | Probate | 586:195 |
| 10 | 0084-0086 | 04/07/14 | Filed | Original Answer by Jill Young as GAL for Ruby S. Peterson | Probate | 586:196 |

[1] "District" refers to proceedings in the State District Court. "Probate" refers to proceedings in the Statutory Probate Court. "1st COA" means the First District Court of Appeals.

[2] The additional identifying numerical strings, e.g., 01-15-xxxx-cv, are omitted for brevity of reference in this Chart. For example, 567:15 refers to Clerk's Record, page 15, in 1st COA Case Number 01-15-00567-CV. Hearing dates reflect the dates shown in the Reporter's Master Chronological Index in the Reporter's Record. "RR" refers to the designated Volume and Pages of the Reporter's Record. In this column, only the first page of the Clerk's Record is noted. RR Vol. 1 is the Reporter's Master Index.

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court | Clerk's Record # |
|---|---|---|---|---|---|---|
| 11 | 0087-0088 | 07/17/14 | Filed | Plaintiffs' Original Petition (excerpts) | District | 567:23 |
| 12 | 0089-0098 | 07/18/14 | Filed | Defendants, Manley and David, Original Answer to Plaintiffs' Petition for Temporary and Permanent Guardianship and for other relief, and their Cross Claim and Motion for Sanctions | Probate | 586:260 |
| 13 | 0099-0104 | 07/21/14 | Filed | Motion to Transfer District Court Lawsuit to Probate Court | Probate | 586:299 |
| 14 | 0105-0105 | 07/23/14 | Filed | Plaintiffs' [First] Amended Petition and Jury Demand (excerpts) | District | 567:532 |
| 15 | 0106-0108 | 07/24/14 | Hearing | Defendants' Manley and David Motion to Transfer from State District Court to Statutory Probate Court | Probate | RR Vol. 3 |
| 16 | 0109-0109 | 07/24/14 | Filed | Plaintiffs' Second Amended Petition and Jury Demand (excerpts) | District | 567:593 |
| 17 | 0110-0112 | 07/25/14 | Signed | Order of Transfer from State District Court to Probate Court | Probate | 586:563 |
| 18 | 0113-0115 | 07/25/14 | Filed | Notice of Nonsuit of Application for Guardianship | Probate | 586:558 |
| 19 | 0116-0120 | 07/28/14 | Filed | Silverado's Plea to the Jurisdiction, Original Answer to Plaintiffs' Second Amended Petition, and Request for Disclosure | Probate | 586:813 |
| 20 | 0121-0122 | 07/28/14 | Filed | Plaintiffs' Notice of Nonsuit Without Prejudice of all Federal Claims | Probate | 586:567 |

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court | Clerk's Record # |
|---|---|---|---|---|---|---|
| 21 | 0123-0126 | 07/28/14 | Hearing | Hearing Day 1, Request for Temporary Injunction | Probate | RR Vol. 4 |
| 22 | 0127-0131 | 07/29/14 | Hearing | Hearing Day 2, Request for Temporary Injunction | Probate | RR Vol. 5 |
| 23 | 0132-0136 | 07/30/14 | Hearing | Hearing Day 3, Request for Temporary Injunction | Probate | RR Vol. 6 |
| 24 | 0137-0140 | 08/04/14 | Filed | Motion to Transfer from District Court to Probate Court Pursuant to Probate Court Order | District | 567:1052 |
| 25 | 0141-0142 | 08/07/14 | Filed | Plaintiffs' Third Amended Petition and Contest to Guardianship Application | Probate | 586:1309 |
| 26 | 0143-0145 | 08/08/14 | Hearing | Motions regarding Psychiatric Examination, to Compel and for Sanctions | Probate | RR Vol. 7 |
| 27 | 0146-0150 | 08/11/14 | Hearing | Hearing Day 4, Request for Temporary Injunction | Probate | RR Vol. 8 |
| 28 | 0151-0156 | 08/12/14 | Hearing | Hearing Day 5, Request for Temporary Injunction [RR Vol. 9-A, Plaintiffs' Exhibits; Vol. 9-B, Defendants' Exhibits] | Probate | RR Vol. 9 |
| 29 | 0157-0158 | 08/14/14 | Signed | Order denying Plaintiffs' application for Temporary Injunction. The December 18, 2013 Rule 11 Agreement remains a binding Rule 11 Agreement. Trial set for November 17, 2014. | Probate | 586:1650 |
| 30 | 0159-0161 | 08/19/14 | Signed | Order Transferring District Court Lawsuit to Probate Court | District | 567:15 |

Silverado Appx. 0003

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court | Clerk's Record # |
|---|---|---|---|---|---|---|
| 31 | 0162-0170 | 09/25/14 | Filed | Silverado's Rule 91a Motion to Dismiss | Probate | 586:2997 |
| 32 | 0171-0176 | 09/25/14 | Filed | Silverado's First Amended Plea to the Jurisdiction and First Amended Answer | Probate | 586:3006 |
| 33 | 0177-0183 | 10/02/14 | Filed | First Amended Answer of AAL | Probate | 586:3122 |
| 34 | 0184-0186 | 10/06/14 | Filed | Plaintiffs' Notice of Nonsuit of defendants, Tana McMillan, Linda Lavinson, Dr. Rebecca Clearman and Dr. Chris Merkl | Probate | 586:3211 |
| 35 | 0187-0197 | 10/06/14 | Filed | Plaintiffs' Fourth Amended Petition and Contest to Guardianship Application | Probate | 586:3214 |
| 36 | 0198-0201 | 10/09/14 | Hearing | Motion for Security for Costs and for Sanctions | Probate | RR Vol. 10 |
| 37 | 0202-0210 | 10/17/14 | Filed | AAL's and GAL's Motion to Dismiss Due to Plaintiffs' Lack of Standing and Lack of Subject Matter Jurisdiction | Probate | 586:3320 |
| 38 | 0211-0219 | 10/27/14 | Filed | Plaintiffs' Opposition to Silverado's Rule 91a Motion to Dismiss | Probate | 586:3347 |
| 39 | 0220-0229 | 10/27/14 | Filed | Plaintiffs' Opposition to AAL's and GAL's Motion to Dismiss Due to Plaintiffs' Lack of Standing | Probate | 586:3359 |
| 40 | 0230-0233 | 10/29/14 | Mediation | Mediation conducted, resulting in Mediation Settlement Agreement; copy of Mediation Settlement Agreement | Probate | 567:1387 |

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court | Clerk's Record # |
|---|---|---|---|---|---|---|
| 41 | 0234-0239 | 11/06/14 | Filed | Silverado's Partial Withdrawal of Rule 91a Motion to Dismiss and Reply to Plaintiffs' Opposition to Silverado's Rule 91a Motion | Probate | 586:3514 |
| 42 | 0240-0242 | 11/07/14 | Hearing | Motion for Security for Costs and for Sanctions and for Silverado's Rule 91a Motion to Dismiss and for approval of Rule 11 Mediation Settlement Agreement | Probate | RR Vol. 11 |
| 43 | 0243-0243 | 11/07/14 | Signed | Order authorizing GAL and AAL to execute Rule 11 Mediation Settlement Agreement | Probate | 586:3541 |
| 44 | 0244-0244 | 11/07/14 | Signed | Order granting authority for GAL and AAL to execute Rule 11 Mediation Settlement Agreement | Probate | 567:1386 |
| 45 | 0245-0245 | 11/10/14 | Signed | Order for $10,000 Sanctions vs Candice Schwager (Motion for Sanctions by Manley and David) | Probate | 567:1385 |
| 46 | 0246-0248 | 11/10/14 | Signed | Order for $5,000 Sanctions vs Candice Schwager (Motion for Sanctions by AAL and GAL) | Probate | 586:3538 |
| 47 | 0249-0249 | 11/10/14 | Signed | Order granting Silverado's Rule 91a Motion to Dismiss | Probate | 586:3546 |
| 48 | 0250-0267 | 11/17/14 | Filed | Plaintiffs' Motion to Reconsider 91a Dismissal of Silverado and for other relief | Probate | 567:1391 |
| 49 | 0268-0409 | 12/01/14 | Filed | Silverado's Application for Attorney's Fees under Rule 91a Dismissal | Probate | 586:3617 |
| 50 | 0410-0420 | 12/03/14 | Filed | Silverado's Rule 91a Motion to Dismiss for remaining claims of Breach of Trust and/or Breach of Fiduciary Duty | Probate | 567:1496 |

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court | Clerk's Record # |
|---|---|---|---|---|---|---|
| 51 | 0421-0430 | 12/04/14 | Filed | Fifth Amended Petition | Probate | 567:1537 |
| 52 | 0431-0444 | 12/05/14 | Filed | Plaintiffs' Brief supporting their Motion to Reconsider granting of Silverado's original Rule 91a Motion to Dismiss | Probate | 567:1434 |
| 53 | 0445-0448 | 12/08/14 | Filed | Silverado's First Supplement to its' First Amended Plea to the Jurisdiction and First Amended Answer | Probate | 567:1509 |
| 54 | 0449-0451 | 12/09/14 | Hearing | Silverado's Application for attorney's fees for Rule 91a Motion, Plaintiffs' Motion to Reconsider and Rescind Rule 91a Dismissal and Sanctions | Probate | RR Vol. 12 |
| 55 | 0452-0459 | 12/09/14 | Filed | Silverado's Response to Plaintiffs' Motion to Reconsider Rulings | Probate | 567:1516 |
| 56 | 0460-0462 | 12/09/14 | Filed | Silverado's First Supplement to Application for Rule 91a Attorney's Fees | Probate | 567:1464 |
| 57 | 0463-0477 | 12/16/14 | Filed | Plaintiffs' Objection to Silverado's Pending Rule 91a Motion to Dismiss Remaining Claims and Silverado's Application for Rule 91a Attorney's Fees | Probate | 567:1481 |
| 58 | 0478-0489 | 12/16/14 | Filed | Plaintiffs' Objection to Silverado's application for attorney's fees | Probate | 586:3768 |
| 59 | 0490-0501 | 12/18/14 | Filed | Silverado's Response to Plaintiffs' Objection to Silverado's application for attorney's fees | Probate | 586:3780 |
| 60 | 0502-0506 | 12/18/14 | Filed | Silverado's Motion to Strike Plaintiffs' Objection to Rule 91a Dismissal of Claims and Motion for Sanctions | Probate | 586:3792 |

Silverado Appx. 0006

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court | Clerk's Record # |
|---|---|---|---|---|---|---|
| 61 | 0507-0512 | 01/07/15 | Filed | Silverado's Partial Withdrawal and Supplement to Rule 91a Motion to Dismiss Remaining Claims | Probate | 567:1525 |
| 62 | 0513-0513 | 01/09/15 | Signed | Order Granting Silverado's First Amended Plea to the Jurisdiction | Probate | 567:1513 |
| 63 | 0514-0515 | 01/09/15 | Signed | Order Awarding Rule 91a Attorneys Fees to Silverado | Probate | 567:1514 |
| 64 | 0516-0516 | 01/09/15 | Signed | Order Denying Motion to Reconsider Rule 91a Dismissal of Silverado and Denying Sanctions Against Silverado and Josh Davis | Probate | 567:1524 |
| 65 | 0517-0518 | 01/09/15 | Signed | Order Granting Silverado's Rule 91a Motion to Dismiss Remaining Claims of Breach of Trust and/or Breach of Fiduciary Duty | Probate | 567:1531 |
| 66 | 0519-0520 | 01/09/15 | Signed | Order Approving Appointee's Fees & Expenses [Russ Jones] | Probate | 567:1614 |
| 67 | 0521-0525 | 01/16/15 | Filed | Plaintiffs' Motion to Dismiss Guardianship Proceeding due to death of Ruby as Proposed Ward | Probate | 586:3814 |
| 68 | 0526-0527 | 01/09/15 | Signed | Order to Pay GAL's Fees and Expenses [Jill Young] | Probate | 586:3819 |
| 69 | 0528-0572 | 02/06/15 | Filed | Plaintiffs' Motion to Modify Orders related to Rule 91a Dismissal and related to Plea to the Jurisdiction and for Sanctions | Probate | 567:1617 |
| 70 | 0573-0576 | 02/09/15 | Filed | Schwager's Notice of Appeal [1st COA 158] | Probate | 567:2043 |

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court | Clerk's Record # |
|---|---|---|---|---|---|---|
| 71 | 0577-0580 | 02/09/15 | Filed | Plaintiffs' Notice of Appeal [1st COA 157] | Probate | 586:3823 |
| 72 | 0581-0584 | 03/04/15 | Filed | Plaintiffs' First Amended Notice of Appeal [1st COA 157] | Probate | 586:3843 |
| 73 | 0585-0598 | 03/23/15 | Filed | Plaintiffs' Motion to Set Aside Rule 11 Agreement | Probate | 567:2058 |
| 74 | 0599-0612 | 03/23/15 | Filed | Plaintiffs' Amended Motion to Set Aside Rule 11 Agreement | Probate | 567:2078 |
| 75 | 0613-0628 | 04/03/15 | Filed | GAL's and AAL's Motion for Entry of Judgment on Binding Non-Revocable Settlement Agreement | Probate | 586:3871 |
| 76 | 0629-0633 | 04/07/15 | Filed | Silverado's Motion to Modify Order Granting First Amended Plea to the Jurisdiction | Probate | 567:2128 |
| 77 | 0634-0642 | 04/07/15 | Filed | Silverado's Motion for Summary Judgment | Probate | 567:2136 |
| 78 | 0643-0644 | 04/07/15 | Signed | Memorandum Opinion dismissing Schwager's appeal [1st COA #158] | Probate | 567:2110 |
| 79 | 0645-0645 | 04/07/15 | Signed | Judgment dismissing Schwager's appeal [1st COA #158] | Probate | 567:2112 |
| 80 | 0646-0659 | 04/24/15 | Filed | Plaintiffs' First Amended Motion to Set Aside Rule 11 Agreement | Probate | 586:3889 |

Silverado Appx. 0008

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court | Clerk's Record # |
|---|---|---|---|---|---|---|
| 81 | 0660-0662 | 04/30/15 | Hearing | Motion for Entry of Final Judgment on Binding Non-Revocable Settlement Agreement | Probate | RR Vol. 13 |
| 82 | 0663-0672 | 04/30/15 | Filed | Plaintiffs' Opposition to Silverado's Motion to Modify Order Granting First Amended Plea to the Jurisdiction | Probate | 586:3935 |
| 83 | 0673-0674 | 05/01/15 | Filed | Defendants, Manley and David, Joinder in GAL's and AAL's Motion for Entry of Judgment on Binding Non-Revocable Settlement Agreement | Probate | 586:3913 |
| 84 | 0675-0691 | 05/07/15 | Filed | Defendants, Manley and David, Response to Plaintiffs' Motion to Dismiss Guardianship Proceeding | Probate | 586:3918 |
| 85 | 0692-0693 | 05/12/15 | Signed | Order granting Silverado's Motion to Modify Order Granting First Amended Plea to the Jurisdiction | Probate | 567:2133 |
| 86 | 0694-0694 | 05/12/15 | Signed | Modified Order granting Silverado's First Amended Plea to the Jurisdiction | Probate | 567:2135 |
| 87 | 0695-0698 | 05/12/15 | Signed | Final Judgment based upon Binding Non-Revocable Mediation Settlement Agreement | Probate | 586:3948 |
| 88 | 0699-0699 | 05/12/15 | Signed | Order granting Silverado's Motion for Summary Judgment | Probate | 567:2145 |
| 89 | 0700-0701 | 05/12/15 | Signed | Order Denying Plaintiffs' Motion to Dismiss [Guardianship Proceeding] | Probate | 586:3952 |
| 90 | 0702-0707 | 06/08/15 | Filed | Plaintiffs' [Original] Notice of Appeal, with dual caption | Probate | 586:3955 |

Silverado Appx. 0009

| Appx. Tab # | Appx. Page ## | Date | Item Type Of Activity | Item Description | Court | Clerk's Record # |
|---|---|---|---|---|---|---|
| 91 | 0708-0711 | 06/16/15 | Filed | Plaintiffs' Amended Notice of Appeal [#586] | Probate | 586:3961 |
| 92 | 0712-0716 | 06/17/15 | Filed | Plaintiffs' Amended Notice of Appeal [#567] | Probate | 567:2155 |
| 93 | 0717-0718 | 07/07/15 | Signed | Memorandum Opinion dismissing Plaintiffs' appeal [1st COA #157] | Probate | 586:3972 |
| 94 | 0719-0719 | 07/07/15 | Signed | Judgment dismissing Plaintiffs' appeal [1st COA #157] | Probate | 586:3967 |

Silverado Appx. 0010

# TAB 2

| Description: | POP | 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|---|---|
| **Plaintiffs:** | | | | | | |
| Ruby S. Peterson, Ind. | X | | | | | |
| Mack Peterson | X | X | X | X | X | X |
| Don Peterson | X | X | X | X | X | X |
| Lonny Peterson | X | X | X | X | X | X |
| Tonya Peterson | | | | | | X |
| Carol Jane Peterson | | | | | | X |
| | | | | | | |
| **Defendants:** | | | | | | |
| Carol Peterson Manley | X | X | X | X | X | |
| David Peterson | X | X | X | X | X | |
| Silverado | X | X | X | X | X | X |
| Tana McMillan | X | X | X | X | | |
| Linda Lavinson | X | X | X | X | | |
| Dr. Rebecca Clearman | X | X | X | X | | |
| Dr. Chris Merkyl | | X | X | X | | |
| | | | | | | |
| **Counts:** | | | | | | |
| False Imprisonment | X | X | X | X | X | X |
| Assault & Battery | X | X | X | X | X | X |
| Breach of Fiduciary Duty | X | | | X | X | X |
| Fraud | X | X | X | X | | |
| Conversion | X | | | | | |
| Conspiracy | X | X | X | X | X | X |
| Undue Influence | X | X | X | | | |
| Intentional Infliction of Emotional Distress | X | X | X | X | | |
| Duress | | X | X | | | |
| Discrimination | | X | X | | | |
| Retaliation | | X | X | | | |
| Invasion of Privacy | | | | X | | |
| Breach of Trust | | | | X | X | X |

Silverado Appx. 0011

TAB 3

# CHART SHOWING ORDERS APPEALED FROM AND RELATIONSHIP TO NOTICES OF APPEAL

| Appx. Tab # | Appx. Page ## | Item Description | Date / Date Signed | NOA Item | Amended NOA Item [567] | Amended NOA Item 586 | Clerk's Record #[1] |
|---|---|---|---|---|---|---|---|
| 4 | 0014-0018 | Order Granting Authority for Guardian Ad Litem & Attorney Ad Litem to Execute Peterson Rule 11 Agreement | 11/07/2014 | E | D | | 567:1386-1390 |
| 4 | 0019-0023 | Order Granting Authority for Guardian Ad Litem & Attorney Ad Litem to Execute Peterson Rule 11 Agreement | 11/07/2014 | D | | D | 586:3541-3545 |
| 45 | 0245-0245 | Order on David Peterson and Carol Anne Manley's Motion for Sanctions | 11/10/2014 | B | B | | 567:1385 |
| 46 | 0246-0248 | Order for Sanctions | 11/10/2014 | A | A | C | 586:3538-3540 |
| 47 | 0249-0249 | Order Granting Defendant Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Rule 91a Motion to Dismiss | 11/10/2014 | C | C | | 586:3546 |
| 62 | 0513-0513 | Order Granting Silverado's First Amended Plea to the Jurisdiction | 01/09/2015 | H | G | | 567:1513 |
| 68 | 0526-0527 | Order Authorizing Payment of Appointee's Fees and Expenses Pursuant to Texas Estates Code Section 1054.055 for the Time Period March 27, 2014 through October 31, 2014 | 01/09/2015 | | | F | 586:3819-3820 |
| 63 | 0514-0515 | Order Granting Application for Attorney Fees Pursuant to Rule 91a Order Entered on November 10, 2014 | 01/09/2015 | G | F | | 567:1514-1515 |
| 64 | 0516-0516 | Order Denying Motion to Reconsider 91a Motion to Dismiss and Motion for Sanctions | 01/09/2015 | F | E | | 567:1524 |

---

[1] The additional identifying numerical strings, e.g., 01-15-xxxx-cv, are omitted for brevity of reference in this Chart.

| Appx. Tab # | Appx. Page ## | Item Description | Date / Date Signed | NOA Item | Amended NOA Item [567] | Amended NOA Item 586 | Clerk's Record # |
|---|---|---|---|---|---|---|---|
| 65 | 0517-0518 | Order Granting Silverado's 91a Motion to Dismiss Plaintiffs' Breach of Trust and/or Breach of Fiduciary Duty | 01/09/2015 | I | H | | 567:1531-1532 |
| 66 | 0519-0520 | Order Approving Appointee's Fees & Expenses | 01/09/2015 | | I | E | 567:1614-1615 |
| 85 | 0692-0693 | Order Granting Silverado's Motion to Modify Order Granting First Amended Plea to the Jurisdiction | 05/12/2015 | L | J | | 567:2133-2134 |
| 86 | 0694-0694 | Modified Order Granting Silverado's First Amended Plea to the Jurisdiction | 05/12/2015 | M | K | | 567:2135 |
| 87 | 0695-0698 | Final Judgment | 05/12/2015 | J | | A | 586:3948-3951 |
| 89 | 0700-0701 | Order Denying Motion to Dismiss | 05/12/2015 | K | | B | 586:3952-3953 |
| 88 | 0699-0699 | Order Granting Silverado's Motion for Summary Judgment | 05/12/2015 | None | None | None | 567:2145 |
| 90 | 0702-0707 | Original Notice of Appeal (dual case caption, for Probate Court Nos. 427,208 and 427,208-401) | 06/08/2015 | A-M | | | 586:3955-3960 |
| 92 | 0712-0716 | Amended Notice of Appeal (in 567) | 06/17/2015 | | A-K | | 567:2155-2159 |
| 91 | 0708-0711 | Amended Notice of Appeal (in 586) | 06/16/2015 | | | A-F | 586:3961-3964 |

Silverado Appx. 0013

# TAB 4

PROBATE COURT 1

NO. 427,208 - 401

| IN RE: GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| RUBY PETERSON, | § | NUMBER ONE (1) OF |
| | § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

### ORDER GRANTING AUTHORITY
### FOR GUADIAN AD LITEM & ATTORNEY AD LITEM
### TO EXECUTE PETERSON RULE 11 AGREEMENT

On this day Jill W. Young and W. Russ Jones, in their respective capacities as Guardian Ad Litem and Attorney Ad Litem for Ruby S. Peterson, an Incapacitated Person, requested that the Court grant them permission to enter into the Peterson Rule 11 Agreement attached hereto as Exhibit A, and after considering the request and evidence submitted, the Court finds that the request should be granted. It is therefore,

ORDERED that Jill W. Young and W. Russ Jones, in their respective capacities as Guardian Ad Litem and Attorney Ad Litem for Ruby S. Peterson, an Incapacitated Person, are hereby authorized to execute the Peterson Rule 11 Agreement attached here to as Exhibit A.

SIGNED and ENTERED this 7th day of November, 2014.

_____
JUDGE PRESIDING

070200/000001
130 - 1291572v1

Silverado Appx. 0014

No. 1-15-567-CV 1386

## Peterson Rule 11 Agreement

1. The parties to this agreement are:

   a. Mack Peterson;

   b. Don Peterson

   c. Lonny Peterson;

   d. Carol Ann Manley, individually, as agent for Mrs. Peterson and cotrustee of the Peterson Family Trust no. 2; and

   e. David Peterson, individually, as agent for Mrs. Peterson and cotrustee of the Peterson Family Trust no. 2.

2. Carol Ann Manley and David Peterson shall continue to act as agent for Mrs. Peterson pursuant to the Durable Power of Attorney, Appointment of the Durable Power of Attorney for Health Care, Directive to Physicians, Sale of Real Property, et al, document dated June 23, 1993 ("1993 POA"). The parties will jointly request that the Court find the 1993 POA to be valid and remaining in effect and that any revocation of the 1993 POA executed in November of 2013 to be invalid.

3. Carol Ann Manley and David Peterson agree to locate a new residential facility for Mrs. Peterson. They will investigate and locate a new facility in Fort Bend or Harris County with comparable care and amenities. The Parties acknowledge that the new facility will be a memory care facility and maybe as or more expensive than Silverado. Carol Ann Manley and David Peterson will execute all necessary admission documents as Mrs. Peterson's medical agents and notify the other parties of the new facility.

4. Mrs. Peterson's children shall have the right to visit her at the residential facility selected by Carol Ann Manley and David Peterson as agent for Mrs. Peterson during normal visiting hours; provided all visitors shall comply with the rules and regulations of the facility. The Parties agree that more than one family or families may visit together.

5. Carol Ann Manley and David Peterson as agent for Mrs. Peterson will notify Don, Lonny and Mack Peterson of any significant changes in Mrs. Peterson's medical condition. Don, Lonny and Mack Peterson shall designate an email address for such notices.

6. Mrs. Peterson's children may take her for outings outside the ~~Don, Lonny and Mack Peterson~~ residential facility provided that initially (i) the outings will be 4 hours or less, and (ii) a caregiver will accompany Mrs. Peterson. Carol Ann Manley and David Peterson may extend these times and/or decide that a caregiver is not required after they are able to confirm she is able to remain medically stable. Any person who removes Mrs. Peterson for such an outing shall (i)give

EXHIBIT A

Silverado Appx. 0015

No. 1-15-567-CV **1387**

Mrs. Peterson all prescribed medication that needs to be taken during the outing and (ii) return her to the facility timely.

7. No person or entity shall attempt to have Mrs. Peterson sign any legal, medical or other documents; provided that nothing shall prevent Mrs. Peterson from signing personal cards or letters of a personal non legal matter.

8. Carol Ann Manley and David Peterson shall continue to serve as trustee of the Peterson Family Trust no. 2. Don, Lonny and Mack Peterson approve Carol Ann Manley and David Peterson's accounting of Peterson Family Trust no. 2 and agrees to dismiss with prejudice all claims relating to such trust to date. Carol Ann Manley and David Peterson shall continue to pay any expenses relating to the trust from the trust estate.

9. Carol Ann Manley and David Peterson shall continue to serve as financial powers of attorney for Mrs. Peterson. Carol Ann Manley and David Peterson acknowledge and agree that the Amegy accounts in the name of Carol Ann Manley and David Peterson are power of attorney accounts and they will confirm the same to Amegy. Carol Ann Manley and David Peterson shall continue to pay any expenses relating to Mrs. Peterson and her estate as agents.

10. The Parties agree to submit the following fees and expenses relating to proceedings in probate court to Probate Court Number 1:

   a.     Carol Ann Peterson and David Peterson's unpaid fees and expenses;

   b.     Don, Lonny and Mack Peterson's legal fees and expenses (provided there shall

          no right to seek reimbursement relating to claims they have made against Silverado);

   c.     Russ Jones and Jill Young's unpaid fees and expenses.

11. Any fees relating to the guardianship and approved by the Court shall be paid from Mrs. Peterson's Estate.

12. Mack Peterson and his wife, Don Peterson and his wife and Lonny Peterson shall remove and direct his attorneys to remove all social medial and other public postings relating to Mrs. Peterson, Carol Ann Manley, Steve Manley, David and Betty Peterson or relating to this case.

13. Don, Lonny and Mack Peterson shall release and dismiss with prejudice any claims against Carol Ann Manley and David Peterson, in all capacities.

14. Russ Jones, Jill Young, Carol Ann Manley and David Peterson agree to withdraw and/or not seek sanctions or costs from Mack Peterson and his wife, Don Peterson and his wife, Lonny Peterson and/or Phil Ross.

15. Russ Jones and Jill Young will request court permission to ratify this to Rule 11 Agreement

Silverado Appx. 0016

16. Counsel for Carol Ann Manley and David Peterson will circulate a final release agreement and a proposed final judgment at incorporates the forgoing terms.

**THE PARTIES AGREE THAT THIS AGREEMENT SHALL BE A BINDING NONREVOCABLE AGREEMENT UNDER THE TEXAS ESTATES CODE SECTION 1055.151 AND IS NOT SUBJECT TO REVOCATION BY THE PARTIES.**

Agreed:

_____
Don Peterson

_____
Lonny Peterson

_____
Mack Peterson

_____
Phil Ross, as counsel for Don, Lonny
and Mack Peterson

_____
Carol Ann Manley

_____
David Peterson

_____
Sarah Patel Pacheco, as counsel for Carol Ann Manley
and David Peterson

_____
Russ Jones, as Attorney Ad Litem

Silverado Appx. 0017

_____

Jill Young, as Guardian Ad Litem

Silverado Appx. 0018

NO. 427,208

| IN RE: GUARDIANSHIP OF | § | IN THE PROBATE COURT |
|---|---|---|
| | § | |
| RUBY PETERSON, | § | NUMBER ONE (1) OF |
| | § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

**ORDER GRANTING AUTHORITY
FOR GUADIAN AD LITEM & ATTORNEY AD LITEM
TO EXECUTE PETERSON RULE 11 AGREEMENT**

On this day Jill W. Young and W. Russ Jones, in their respective capacities as Guardian Ad Litem and Attorney Ad Litem for Ruby S. Peterson, an Incapacitated Person, requested that the Court grant them permission to enter into the Peterson Rule 11 Agreement attached hereto as Exhibit A, and after considering the request and evidence submitted, the Court finds that the request should be granted. It is therefore,

ORDERED that Jill W. Young and W. Russ Jones, in their respective capacities as Guardian Ad Litem and Attorney Ad Litem for Ruby S. Peterson, an Incapacitated Person, are hereby authorized to execute the Peterson Rule 11 Agreement attached here to as Exhibit A.

SIGNED and ENTERED this _7th_ day of _November_, 2014.

JUDGE PRESIDING

070200/000001
130 - 1291572v1

FILED
2014 NOV 11 AM 10: 24
COUNTY CLERK
HARRIS COUNTY, TEXAS

Silverado Appx. 0019

No. 1-15-586-CV **3541**

Peterson Rule 11 Agreement

1. The parties to this agreement are:

    a.      Mack Peterson;

    b.      Don Peterson

    c.      Lonny Peterson;

    d.      Carol Ann Manley, individually, as agent for Mrs. Peterson and cotrustee of the Peterson Family Trust no. 2; and

    e.      David Peterson, individually, as agent for Mrs. Peterson and cotrustee of the Peterson Family Trust no. 2.

2. Carol Ann Manley and David Peterson shall continue to act as agent for Mrs. Peterson pursuant to the Durable Power of Attorney, Appointment of the Durable Power of Attorney for Health Care, Directive to Physicians, Sale of Real Property, et al, document dated June 23, 1993 ("1993 POA"). The parties will jointly request that the Court find the 1993 POA to be valid and remaining in effect and that any revocation of the 1993 POA executed in November of 2013 to be invalid.

3. Carol Ann Manley and David Peterson agree to locate a new residential facility for Mrs. Peterson. They will investigate and locate a new facility in Fort Bend or Harris County with comparable care and amenities. The Parties acknowledge that the new facility will be a memory care facility and maybe as or more expensive than Silverado. Carol Ann Manley and David Peterson will execute all necessary admission documents as Mrs. Peterson's medical agents and notify the other parties of the new facility.

4. Mrs. Peterson's children shall have the right to visit her at the residential facility selected by Carol Ann Manley and David Peterson as agent for Mrs. Peterson during normal visiting hours; provided all visitors shall comply with the rules and regulations of the facility. The Parties agree that more than one family or families may visit together.

5. Carol Ann Manley and David Peterson as agent for Mrs. Peterson will notify Don, Lonny and Mack Peterson of any significant changes in Mrs. Peterson's medical condition. Don, Lonny and Mack Peterson shall designate an email address for such notices.

6. Mrs. Peterson's children may take her for outings outside the ~~Don, Lonny and Mack Peterson~~ residential facility provided that initially (i) the outings will be 4 hours or less, and (ii) a caregiver will accompany Mrs. Peterson. Carol Ann Manley and David Peterson may extend these times and/or decide that a caregiver is not required after they are able to confirm she is able to remain medically stable. Any person who removes Mrs. Peterson for such an outing shall (i)give

EXHIBIT A

Silverado Appx. 0020

No. 1-15-586-CV 3542

Mrs. Peterson all prescribed medication that needs to be taken during the outing and (ii) return her to the facility timely.

7. No person or entity shall attempt to have Mrs. Peterson sign any legal, medical or other documents; provided that nothing shall prevent Mrs. Peterson from signing personal cards or letters of a personal non legal matter.

8. Carol Ann Manley and David Peterson shall continue to serve as trustee of the Peterson Family Trust no. 2. Don, Lonny and Mack Peterson approve Carol Ann Manley and David Peterson's accounting of Peterson Family Trust no. 2 and agrees to dismiss with prejudice all claims relating to such trust to date. Carol Ann Manley and David Peterson shall continue to pay any expenses relating to the trust from the trust estate.

9. Carol Ann Manley and David Peterson shall continue to serve as financial powers of attorney for Mrs. Peterson. Carol Ann Manley and David Peterson acknowledge and agree that the Amegy accounts in the name of Carol Ann Manley and David Peterson are power of attorney accounts and they will confirm the same to Amegy. Carol Ann Manley and David Peterson shall continue to pay any expenses relating to Mrs. Peterson and her estate as agents.

10. The Parties agree to submit the following fees and expenses relating to proceedings in probate court to Probate Court Number 1:

    a.    Carol Ann Peterson and David Peterson's unpaid fees and expenses;

    b.    Don, Lonny and Mack Peterson's legal fees and expenses (provided there shall no right to seek reimbursement relating to claims they have made against Silverado);

    c.    Russ Jones and Jill Young's unpaid fees and expenses.

11. Any fees relating to the guardianship and approved by the Court shall be paid from Mrs. Peterson's Estate.

12. Mack Peterson and his wife, Don Peterson and his wife and Lonny Peterson shall remove and direct his attorneys to remove all social medial and other public postings relating to Mrs. Peterson, Carol Ann Manley, Steve Manley, David and Betty Peterson or relating to this case.

13. Don, Lonny and Mack Peterson shall release and dismiss with prejudice any claims against Carol Ann Manley and David Peterson, in all capacities.

14. Russ Jones, Jill Young, Carol Ann Manley and David Peterson agree to withdraw and/or not seek sanctions or costs from Mack Peterson and his wife, Don Peterson and his wife, Lonny Peterson and/or Phil Ross.

15. Russ Jones and Jill Young will request court permission to ratify this to Rule 11 Agreement

Silverado Appx. 0021

16. Counsel for Carol Ann Manley and David Peterson will circulate a final release agreement and a proposed final judgment at incorporates the forgoing terms.

**THE PARTIES AGREE THAT THIS AGREEMENT SHALL BE A BINDING NONREVOCABLE AGREEMENT UNDER THE TEXAS ESTATES CODE SECTION 1055.151 AND IS NOT SUBJECT TO REVOCATION BY THE PARTIES.**

Agreed:

_____
Don Peterson

_____
Lonny Peterson

_____
Mack Peterson

_____
Phil Ross, as counsel for Don, Lonny
and Mack Peterson

_____
Carol Ann Manley

_____
David Peterson

_____
Sarah Patel Pacheco, as counsel for Carol Ann Manley
and David Peterson

_____
Russ Jones, as Attorney Ad Litem

Silverado Appx. 0022

_____
Jill Young, as Guardian Ad Litem

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was
found to be inadequate for the best photographic
reproduction because of illegibility, carbon or
photo copy, discolored paper, etc. All blockouts,
additions and changes were present at the time
the instrument was filed and recorded.

Silverado Appx. 0023

NO. 427,208-401

| | | |
|---|---|---|
| IN RE: GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| RUBY PETERSON, | § | NUMBER ONE (1) OF |
| | § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

## ORDER ON DAVID PETERSON AND CAROL ANNE MANLEY'S
## MOTION FOR SANCTIONS

After considering Movants David Peterson and Carol Anne Manley's Motion for Sanctions and all other pertinent pleadings, evidence and arguments of counsel, the Court finds that said Motion should be GRANTED.

The Court finds that Candice Schwager has violated Rule 3.07 of the Texas Disciplinary Rules of Professional Conduct and that the issuance of sanctions is appropriate. It is therefore,

ORDERED that Candice Schwager, individually, is ordered to pay the sum of $ _10,000.00_ to Movants David Peterson and Carol Anne Manley (collectively, _as attorneys-in-fact for the use and benefit of Ruby Peterson,_ "Movants") c/o Sarah Patel Pacheco, Crain, Caton & James, P.C., 1401 McKinney Street, Floor 17, Houston, Texas 77010 no later than _November 30_, 2014. ~~It is further,~~

~~ORDERED that Donny Peterson, Mackey (Mack) Peterson and Lonny Peterson are joint and severally liable for all sanctions imposed against Candice Schwager, as this Court finds that they participated in or conspired with Ms. Schwager in spreading false and defamatory statements about Movants.~~

SIGNED this _10th_ day of _November_, 2014.

_____
JUDGE PRESIDING

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

FILED
2014 NOV 11 AM 10: 24
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

070200/000001
376 - 1237150v1

1

Silverado Appx. 0024

No. 1-15-567-CV 1385

Cause No. 427208

| IN THE GUARDIANSHIP OF | § | IN THE PROBATE COURT |
|---|---|---|
| | § | |
| RUBY S. PETERSON, | § | NUMBER ONE (1) OF |
| | § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

Cause No. 2014-40980

| MACKEY ("MACK") GLEN PETERSON, | § | IN THE DISTRICT COURT OF |
|---|---|---|
| Individually and as Next Friend of RUBY | § | |
| PETERSON, DON LESLIE PETERSON, | § | |
| Individually and as Next Friend of RUBY | § | |
| PETERSON, and LONNY PETERSON, | § | |
| Individually and as Next Friend of RUBY | § | |
| PETERSON, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| CAROL ANNE MANLEY, DAVID | § | |
| PETERSON, SILVERADO SENIOR LIVING | § | |
| FACILITY, TANA MCMILLON, DR. | § | |
| REBECCA CLEARMAN, and DR. CHRIS | § | |
| MERKL, | § | |
| | § | |
| Defendants | § | 129th JUDICIAL DISTRICT |

## ORDER FOR SANCTIONS

BE IT REMEMBERED that on September 18, 2014 came on to be considered the Motion

for Sanctions filed by W. Russ Jones, in his capacity as Court-appointed Attorney Ad Litem for

Ruby S. Peterson and by Jill Young, in her capacity as the Court-appointed Guardian Ad Litem

for Ruby S. Peterson, and the Court, after reviewing the pleadings, the Motion for Sanctions,

Plaintiffs' Response thereto, and Movant's Reply to Plaintiffs' Response, after hearing the

Silverado Appx. 0025

arguments of counsel and after considering the evidence offered at the hearing, the Court is of the opinion that the Motion for Sanctions should be granted. Specifically, the Court finds that, based upon the totality of the evidence admitted during the hearing on the Motions for Sanctions, each and all of the allegations brought by Plaintiffs against Defendants Carol Ann Manley and David Troy Peterson, acting in their capacity as agents / attorneys-in-fact for Ruby S. Peterson, did not, at the time of filing of the offensive pleading and motion, and do not now, have evidentiary support; nor were they at the time of their filing, likely to have evidentiary support after a reasonable opportunity for further investigation. Under Chapter 10 of the Texas Civil Practice and Remedies Code, as established in the Motions for Sanctions, the allegations complained of did not have evidentiary support nor were they at the time of signing, likely to have evidentiary support after a reasonable opportunity for further investigation. The Court further finds that, at the time of signing of the offensive pleading and motion, this action had been on file for approximately eight (8) months, that Ruby S. Peterson's medical records and pertinent financial records had been provided to Plaintiffs and their counsel, and that the Plaintiff Respondents and their Attorneys had a reasonable opportunity to investigate the truthfulness or falsity of their claims and allegations prior to signing the pleading and motion made the subject of this Motion for Sanctions. After considering lesser sanctions and their likelihood of deterring future abuse, the Court finds that a reasonable monetary sanction is justified under the totality of the circumstances presented. It is, therefore,

ORDERED that monetary sanctions ∧ *to be paid within twenty (20) days of the date of this Order are* assessed against ~~Plaintiffs Mackey Glen Peterson, Don Leslie Peterson, Lonny Peterson~~, Attorney Candice *Schwager* ~~and Attorney~~ *Philip Ross as follows:*

*Mackey Glen Peterson - $100.00*
*Don Leslie Peterson - $100.00*
*Lonny Peterson - $100.00*
*Candice Schwager - $5,000.00*
*Philip Ross - $2,500.00*

Silverado Appx. 0026

SIGNED on this the 10th Day of November, 2014.

_____
LOYD H. WRIGHT, JUDGE PRESIDING

It is further ORDERED that said monetary sanctions shall be paid to David Peterson and Carol Anne Manley as attorneys-in-fact for the use and benefit of Ruby Peterson, c/o Sarah Patel Pacheco, Crain, Caton & James, P.C., 1401 McKinney Street, Floor 17, Houston, Texas 77010, no later than November 30, 2014, which date is 20 days from the date of this Order.

Silverado Appx. 0027

| | | |
|---|---|---|
| RUBY S. PETERSON, Individually, | § | IN PROBATE COURT NO. 1 |
| MACKEY ("MACK") GLEN PETERSON | § | |
| PETERSON, Individually, Next Friend | § | |
| Attorney-in Fact for RUBY | § | |
| PETERSON, DON LESLIE PETERSON | § | |
| Individually, Next Friend, Attorney-in- | § | |
| Fact of RUBY S. PETERSON, LONNY | § | |
| PETERSON, Individually and Next Friend | § | |
| Of RUBY S. Peterson | § | |
| | § | |
| VS. | § | OF |
| | § | |
| CAROL ANNE MANLEY, | § | |
| DAVID PETERSON, SILVERADO | § | |
| SENIOR LIVING, INC. d/b/a SILVERADO | § | |
| SENIOR LIVING – SUGAR LAND | § | HARRIS COUNTY, TEXAS |



### ORDER GRANTING DEFENDANT SILVERADO SENIOR LIVING, INC. D/B/A SILVERADO SENIOR LIVING - SUGAR LAND'S RULE 91a MOTION TO DISMISS

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Motion to Dismiss Pursuant to TRCP Rule 91a and the Court after reviewing such motion is of the opinion that this Motion is well taken should be in all things **GRANTED**.

PLAINTIFFS' claims for false imprisonment, assault and battery, and conspiracy are hereby DISMISSED WITH PREJUDICE solely as to Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land.

IT IS FURTHER ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land be awarded its costs and attorneys' fees after considering evidence within thirty (30) days from the date of this order.

All relief not expressly granted herein is denied.

SIGNED this _10th_ day of _November_ 2014.

_Floyd W. Wright_
Judge Presiding

4847-2020-9184.1

CAUSE NO. 427,208-401

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING SILVERADO'S
## FIRST AMENDED PLEA TO THE JURISDICTION

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's First Amended Plea to the Jurisdiction and the Court after reviewing such motion is of the opinion that this Motion is well taken should be in all things **GRANTED**.

It is HEREBY ORDERED, ADJUDGED and DECREED that CAUSE NO. 427,208 is DISMISSED WITH PREJUDICE to refiling as to Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land.

All relief not expressly granted herein is denied.

SIGNED this _9th_ day of _January_ 2015.

_____
JUDGE PRESIDING

4816-7740-7520.1

Silverado Appx. 0029

No. 427,208

| | | |
|---|---|---|
| IN THE GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| RUBY PETERSON, | § | NUMBER ONE (1) OF |
| | § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

**ORDER AUTHORIZING PAYMENT OF APPOINTEE'S FEES AND EXPENSES
PURSUANT TO TEXAS ESTATES CODE SECTION 1054.055
FOR THE TIME PERIOD MARCH 27, 2014 THROUGH OCTOBER 31, 2014**

On this day, the Court considered the Amended Application for Payment of Appointee's Fees and Expenses Pursuant to Texas Estates Code Section 1054.055 for the Time Period March 27, 2014 Through October 31, 2014, (hereinafter referred to as the "Application") on behalf of Applicant JILL W. YOUNG (hereinafter referred to as "Appointee"), who was appointed by the Court on March 27, 2014 in the above entitled and numbered guardianship proceeding to serve as the Guardian Ad Litem to represent the interests of RUBY PETERSON, an alleged Incapacitated Person (hereinafter sometimes referred to as "Ms. Peterson") as her Guardian Ad Litem.

$37,730.00                    $99.93

The Court finds that the requested fees of ~~$37,820.00~~ and expenses of ~~$293.28~~ to be reasonable and necessary compensation for the services rendered, and that the Application should be granted. It is therefore,

ORDERED, ADJUDGED and DECREED, that Guardian Ad Litem's fees and expenses

$37,829.93

in the total amount of ~~$38,113.28~~ are approved and shall be paid to the law firm of MacIntyre McCulloch Stanfield & Young, LLP with funds from Ms. Peterson's estate.

SIGNED this ___9th___ day of _____, 2015

_____
JUDGE PRESIDING

100992 001723 0042432
Order Authorizing Payment of Appointee's Fees and Expenses
Page | 1

APPROVED:

MACINTYRE MCCULLOCH STANFIELD
    & YOUNG, LLP

By:   _____
        JILL W. YOUNG
        jill.young@mmlawtexas.com
        State Bar No. 00797670
        2900 Weslayan, Suite 150
        Houston, Texas 77027
        (713) 572-2900
        (713) 572-2902 (FAX)

GUARDIAN AD LITEM
FOR RUBY PETERSON

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was
found to be inadequate for the best photographic
reproduction because of illegibility, carbon or
photo copy, discolored paper, etc. All blockouts,
additions and changes were present at the time
the instrument was filed and recorded.

100992 001723 0042432
Order Authorizing Payment of Appointee's Fees and Expenses
Page | 2

CAUSE NO. 427,208— 40 1

| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |



## ORDER GRANTING APPLICATION FOR ATTORNEY FEES PURSUANT TO RULE 91a ORDER ENTERED ON NOVEMBER 10, 2014

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land Application for Attorney Fees Pursuant to Rule 91a Order Entered On November 10, 2014 and the Court after reviewing such motion, supplement, any response thereto, objections and response, and oral argument is of the opinion that this Motion is well taken should be in all things **GRANTED**.

IT IS THEREFORE ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land be awarded its costs and attorneys' fees in the amount of $ _83,265.54_

IT IS FURTHER ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land be awarded its costs and attorneys' fees in the amount of $ _10,000.00_ in the event of appeal, $ _7500.00_ if plaintiff files a Writ of Error or Petition for Review with the Supreme Court of Texas, and $ _7500.00_ if the Writ of Error or Petition for Review is Granted by the Supreme Court of Texas.

4811-0648-8097.1

All relief not expressly granted herein is denied.

SIGNED this _9th_ day of _January_ 2015.

_____
JUDGE PRESIDING

Approved and Entry Requested By:

/S/ *Christian R. Johnson*

_____
JOSH K. DAVIS
State Bar No. 24031993
CHRISTIAN R. JOHNSON
State Bar No. 24062345
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
**ATTORNEYS FOR DEFENDANTS,**
**SILVERADO SENIOR LIVING, INC. D/B/A**
**SILVERADO SENIOR LIVING SUGAR LAND**

4811-0648-8097.1

Silverado Appx. 0033

CAUSE NO. 427,208-401

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

**ORDER DENYING MOTION TO RECONSIDER**
**91a MOTION TO DISMISS AND MOTION FOR SANCTIONS**

BE IT REMEMBERED that on this day came on to be considered Plaintiffs Motion to Reconsider Rulings with Affidavit of Inability to Pay and Counter Motion for Sanctions and/or Application of Clean Hands Doctrine and Brief in Support of Motion to Reconsider and Rescind Rule 91A Dismissal of Silverado and Sanctions Orders and the Court after reviewing such motion, briefing and any responses is of the opinion that this Motion and Brief in Support should be DENIED .

It is therefore ORDERED that Plaintiffs' Motion to Reconsider and Rescind Rule 91a Dismissal of Silverado and Request for Sanctions against Silverado and Josh Davis is HEREBY DENIED.

All relief not expressly granted herein is denied.

SIGNED this _9th_ day of _January_ 20_15_.

JUDGE PRESIDING

4845-9192-5280.1

Silverado Appx. 0034

CAUSE NO. 427,208 –401

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

**ORDER GRANTING SILVERADO'S 91a MOTION TO DISMISS**
**PLAINTIFFS' BREACH OF TRUST AND/OR BREACH OF FIDUCIARY DUTY**

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Motion to Dismiss Pursuant to TRCP Rule 91a and the Court after reviewing such motion, supplement and any response thereto is of the opinion that this Motion is well taken should be in all things **GRANTED**.

PLAINTIFFS' claim for breach of trust and/or breach of fiduciary duty is hereby DISMISSED WITH PREJUDICE as to Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land.

IT IS FURTHER ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land be awarded its costs and attorneys' fees in the amount of $2,692.50.

IT IS FURTHER ORDERED, that Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land be awarded its costs and attorneys' fees in the amount of $750 in the event Plaintiffs' file a motion to reconsider, $10,000.00 in the event of appeal, $7,500.00 if plaintiff files a Writ of Error or Petition for Review with the Supreme Court of Texas, and $7,500.00 if the Writ of Error or Petition for Review is Granted by the Supreme Court of Texas.

4836-8349-2129.1

Silverado Appx. 0035

All relief not expressly granted herein is denied.

SIGNED this __9th__ day of __January__ 2015.

_____
JUDGE PRESIDING

FILED
2015 JAN 22 PM 12: 10
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

4836-8349-2129.1

Cause No. 427208

| | | |
|---|---|---|
| IN THE GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| RUBY S. PETERSON, | § | NUMBER ONE (1) OF |
| | § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

Cause No. 2014-40980

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON, | § | IN THE DISTRICT COURT OF |
| Individually and as Next Friend of RUBY | § | |
| PETERSON, DON LESLIE PETERSON, | § | |
| Individually and as Next Friend of RUBY | § | |
| PETERSON, and LONNY PETERSON, | § | |
| Individually and as Next Friend of RUBY | § | |
| PETERSON, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| CAROL ANNE MANLEY, DAVID | § | |
| PETERSON, SILVERADO SENIOR LIVING | § | |
| FACILITY, TANA MCMILLON, DR. | § | |
| REBECCA CLEARMAN, and DR. CHRIS | § | |
| MERKL, | § | |
| | § | |
| Defendants | § | 129th JUDICIAL DISTRICT |

## ORDER APPROVING APPOINTEE'S FEES & EXPENSES

BE IT REMEMBERED that on this day came on for consideration the Application for

Approval of Appointee Fees & Expenses of W. Russ Jones, who was appointed Attorney Ad

Litem for the Proposed Ward herein, by order of Judge Loyd H. Wright on February 25, 2014,

and the Court, after reviewing the application and supporting evidence, is of the opinion that the

application should be granted; It is, therefore,

Silverado Appx. 0037

ORDERED that the Application for Approval of Appointee Fees & Expenses of Attorney

Ad Litem W. Russ Jones be, and the same is hereby granted, and that Appointee W. Russ Jones

be paid from the Estate of Ruby S. Peterson attorneys' fees and expenses in the amount of

$ 69 234 .00 , for which let execution issue if not timely paid.

SIGNED at Harris County, Texas on this the 9th Day of ~~November, 2014.~~ January, 2015.

By:_____
JUDGE PRESIDING

2015 JAN 23 PM 1:05
COUNTY CLERK
HARRIS COUNTY, TEXAS
FILED

CAUSE NO. 427,208 — 401

| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING SILVERADO'S MOTION TO MODIFY ORDER GRANTING FIRST AMENDED PLEA TO THE JURISDICTION

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land Motion to Modify Order Granting First Amended Plea to the Jurisdiction and the Court after reviewing such motion together with any response thereto is of the opinion that this Motion is well taken should be in all things **GRANTED**.

It is HEREBY ORDERED, ADJUDGED and DECREED that the Second Paragraph of the Order Granting First Amended Plea to the Jurisdiction is HEREBY STRICKEN and modified to be REPLACED with the following:

It is HEREBY ORDERED, ADJUDGED and DECREED that PLAINTIFFS Carol Peterson and Tonya Peterson do not have standing to bring claims on behalf of RUBY PETERSON as next friends or otherwise. The sole persons with standing to bring claims on behalf of RUBY PETERSON are David Peterson, Carol Manley and/or her Court appointed ad litems.

Silverado Appx. 0039

All relief not expressly granted herein is denied.

SIGNED this _12th_ day of _May_ 2015.

JUDGE PRESIDING

Silverado Appx. 0040

No. 1-15-567-CV **2134**

CAUSE NO. 427,208 —401 .

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## MODIFIED ORDER GRANTING SILVERADO'S
## FIRST AMENDED PLEA TO THE JURISDICTION

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's First Amended Plea to the Jurisdiction and the Court after reviewing such motion together with supplementation and any response thereto is of the opinion that this Motion is well taken should be in all things **GRANTED**.

It is HEREBY ORDERED, ADJUDGED and DECREED that PLAINTIFFS Carol Peterson and Tonya Peterson do not have standing to bring claims on behalf of RUBY PETERSON as next friends or otherwise. The sole persons with standing to bring claims on behalf of RUBY PETERSON are David Peterson, Carol Manley and/or her Court appointed ad litems.

All relief not expressly granted herein is denied.

SIGNED this _12th_ day of ___May___ 2015.

_____
JUDGE PRESIDING

4849-4764-0354.1

Silverado Appx. 0041

No. 1-15-567-CV 2135

NO. 427,208

| | | |
|---|---|---|
| IN RE: GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| RUBY PETERSON, | § | NUMBER ONE (1) OF |
| | § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

## FINAL JUDGMENT

On this day, came on to be heard the Fourth Amended Original Petition and Contest to Guardianship Application, filed by Donny Leslie Peterson and Mackey Glen Peterson, and the Answer, Contest to the Original Petition for Appointment of Temporary and Permanent Guardian of the Person and Estate of Ruby S. Peterson, for Declaratory Judgment, and for Alternative Relief, Temporary Restraining Order, Temporary Injunction and Permanent Injunction, and supplements thereto, filed by Carol Ann Manley and David Peterson, individually, and as Ruby Peterson's agent under a durable power of attorney. This Court, having reviewed the pleadings makes the following findings by a preponderance of the evidence:

1. This Court has jurisdiction of this cause and retains jurisdiction over the finalization of the guardianship estate of Ruby S. Peterson, Deceased ("Mrs. Peterson");

2. This Court has venue under the provisions of Section 1023.001 of the Texas Estates Code as Mrs. Peterson's permanent residence was in Harris County, Texas;

3. Due notice of the pleading has been given as required by law;

4. Mrs. Peterson, prior to her death, was served with citation as required by law;

5. Mack Peterson, Don Peterson and Lonny Peterson appeared through their attorney of record, Philip Ross;

6. Carol Ann Manley and David Peterson appeared through their attorney of record, Sarah Patel Pacheco;

7. The guardianship estate of Mrs. Peterson appeared by and through her attorney ad litem, W. Russ Jones, an attorney licensed to practice law in the State of Texas;

8. Mrs. Peterson's father and mother are deceased;

9. Mrs. Peterson is widowed.

10. Mrs. Peterson has five living children: Mack Peterson, Don Peterson, Lonny Peterson, Carol Ann Manley and David Peterson (collectively, the "Parties");

11. Mrs. Peterson has no permanent guardian of her person or estate;

12. Mrs. Peterson executed a Durable Power of Attorney, Appointment of the Durable Power of Attorney for Health Care, Directive to Physicians, Sale of Real Property, et al., on June 23, 1993 (collectively, "Power of Attorney"), appointing Carol Ann Manley and David Peterson as her agents;

13. Mrs. Peterson purported to revoke the Power of Attorney dated June 23, 1993 by instruments dated November 15, 2013;

14. The instruments entitled Revocation of Previous Power of Attorney signed by Mrs. Peterson dated November 15, 2013 are void and of no effect.

15. The Power of Attorney dated June 23, 1993 is valid and remains in effect;

16. The Power of Attorney dated June 23, 1993 provides a least restrictive alternative to the appointment of a guardian of Mrs. Peterson's person and estate;

17. The Peterson Family Trust No. 2 (the "Trust") was created under the Last Will and Testament of Troy Peterson, Deceased, dated June 24, 1994.

18. Carol Ann and David were appointed as initial co-trustees of the Trust. Since their appointment and through the Effective Date, Carol Ann and David have acted in accordance with the terms of the Trust and should be released from all liability to date.

19. On October 29, 2014, to resolve any disputes, the Parties entered into a binding non-revocable mediated settlement agreement, pursuant to Texas Estates Code Section 1055.151, at the conclusion of mediation (the "Agreement");

20. The Agreement, which is attached hereto as Exhibit A and incorporated by this reference as if fully set out verbatim, is valid, binding, non-revocable, and in the best interest of the guardianship estate of Ruby S. Peterson, and is hereby approved;

2

Silverado Appx. 0043

21. The Court has taken judicial notice of its file and the prior testimony in this proceeding.

22. The evidence developed the above findings and such findings were each fully proved and were so proved in support of this Final Judgment.

23. This Final Judgment should be entered pursuant to the terms of the Settlement Agreement, attached hereto as Exhibit A.

The Court further finds by clear and convincing evidence that:

1. The rights of Mrs. Peterson's property will be protected by these findings.

It is accordingly,

ORDERED, that Final Judgment is hereby entered on the terms of the parties' binding, non-revocable mediated settlement agreement which is attached hereto as Exhibit A, and which is incorporated herein by reference as if set forth verbatim, pursuant to Section 1055.151(c) of the Texas Estates Code. It is further,

ORDERED that all relief not expressly granted herein is denied.

SIGNED on this 12ᵗʰ day of _May_, 2015.

_____
JUDGE PRESIDING

FILED
2015 MAY 13 AM 9:26
COUNTY CLERK
HARRIS COUNTY, TEXAS

3

**APPROVED AS TO FORM:**

**CRAIN, CATON & JAMES, P.C.**

BY:

SARAH PATEL PACHECO
(TBA #00788164)
spacheco@craincaton.com
KATHLEEN TANNER BEDUZE
(TBA #24052205)
kbeduze@craincaton.com
1401 McKinney, Suite 1700
Houston, Texas 77010-4035
(713) 658-2323
(713) 658-1921 (Facsimile)

*Attorneys for David Peterson and Carol Ann Manley*

By:_____

PHILIP ROSS
(TBA #17304200)
ross_law@hotmail.com
1006 Holbrook Road
San Antonio, Texas 78218
(210) 326-2100

CANDICE SCHWAGER
(TBA #24005603)
schwagerlawfirm@live.com
1417 Ramada Drive
Houston, Texas 77062
(832) 315-8489
(713) 583-0355 (Facsimile)

*Attorneys for Mack Peterson, Lonny Peterson and Don Peterson*

UNDERWOOD, JONES & SCHERRER, PLLC

By:_____

W. RUSS JONES
(TBA #10968050)
rjones@ujsmlaw.com
5177 Richmond Avenue, Suite 505
Houston, Texas 77056
(713) 552-1144
(281) 768-8588 (Facsimile)

*Attorney Ad Litem for Ruby S. Peterson*

MACINTYRE, McCULLOCH, STANFIELD & YOUNG, LLP

By:_____ By Permission

JILL YOUNG
(TBA #00797670)
jill.young@mmlawtexas.com
2900 Weslayan Street, Suite 150
Houston, Texas 77027
(713) 572-2900
(713) 572-2902 (Facsimile)

*Guardian Ad Litem for Ruby S. Peterson*

4

Silverado Appx. 0045

NO. 427,208

| IN RE: GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| RUBY PETERSON, | § | NUMBER ONE (1) OF |
| | § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

## ORDER DENYING MOTION TO DISMISS

On this day, the Court considered the Motion to Dismiss, filed by Mackey Glen Peterson, Donny Leslie Peterson, and Lonny Peterson (collectively, "Plaintiffs"). After considering the motion, any responses thereto, and evidence submitted, the Court finds that Plaintiffs' Motion to Dismiss should be denied in its entirety. It is therefore,

ORDERED that Plaintiffs' Motion to Dismiss is DENIED.

SIGNED and ENTERED this __12th__ day of __May__, 2015

JUDGE PRESIDING

070200/000001
376 - 1496583v1

Silverado Appx. 0046

No. 1-15-586-CV 3952

**APPROVED AS TO FORM:**

CRAIN, CATON & JAMES
A Professional Corporation


By:_____
    SARAH PATEL PACHECO
    (TBA #00788164)
    spacheco@craincaton.com
    KATHLEEN TANNER BEDUZE
    (TBA# 24052205)
    kbeduze@craincaton.com
    Five Houston Center
    1401 McKinney, 17th Floor
    Houston, Texas 77010
    (713) 658-2323
    (713) 658-1921 (Facsimile)

*Attorneys for David Peterson and Carol Ann Manley*

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

2

070200/000001
376 - 1496583v1

Silverado Appx. 0047

No. 1-15-586-CV **3953**

CAUSE NO. 427,208—4D1

| MACKEY ("MACK") GLEN PETERSON | § | IN PROBATE COURT NO. 1 |
| PETERSON; TONYA PETERSON | § | |
| Individually and as Next Friend of | § | |
| RUBY PETERSON; DON LESLIE PETERSON; | § | |
| CAROL PETERSON, Individually and as Next | § | |
| Friend of RUBY PETERSON; and LONNY | § | |
| PETERSON, | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVERADO SENIOR LIVING, INC. | § | |
| d/b/a SILVERADO SENIOR LIVING – | § | |
| SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING SILVERADO'S MOTION FOR SUMMARY JUDGMENT

BE IT REMEMBERED that on this day came on to be considered Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Motion for Summary Judgment, and the Court after reviewing such motion together with supplementation and any response thereto is of the opinion that this Motion is well taken should be in all things **GRANTED**.

It is HEREBY ORDERED, ADJUDGED and DECREED that all remaining claims by Plaintiffs against Defendant Silverado are dismissed with prejudice.

All relief not expressly granted herein is denied.

SIGNED this _12th_ day of _May_ 2015.

_____
JUDGE PRESIDING

4834-9222-9410.1

FILED
2015 MAY 13 AM 9:26
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

Silverado Appx. 0048

FILED
6/8/2015 5:21:59 PM
Stan Stanart
County Clerk
Harris County

NO. 427,208 **PROBATE COURT 1**

| | | |
|---|---|---|
| IN RE: GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| RUBY PETERSON | § | NO. ONE |
| | § | |
| AN ALLEGED INCAPACITATED | § | |
| PERSON | § | HARRIS COUNTY, TEXAS |

---

NO. 427,208 - 401

| | | |
|---|---|---|
| MACKEY ("MACK") GLEN PETERSON, | § | IN THE DISTRICT COURT |
| PETERSON, Individually, Next Friend | § | |
| of RUBY PETERSON, DON LESLIE | § | |
| PETERSON, Individually and as Next | § | |
| Friend, of RUBY PETERSON, and | § | |
| LONNY PETERSON, Individually and | § | |
| Next Friend of RUBY S. PETERSON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| CAROL ANNE MANLEY, | § | |
| DAVID PETERSON, SILVERADO | § | |
| SENIOR LIVING, INC., d/b/a Silverado | § | |
| Senior Living – Sugar Land, | § | |
| | § | |
| Defendants. | § | 129TH JUDICIAL DISTRICT |

NOTICE OF APPEAL

TO THE HONORABLE JUDGE PRESIDING AND TO THE JUSTICES OF THE
FIRST AND FOURTEENTH JUDICIAL DISTRICT COURTS OF APPEALS:

1

NOW COME, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON ("Plaintiffs"), by and through undersigned counsel, and file their Notice of Appeal pursuant to TRAP Rule 25.1, and would show the Court as follows:

1    MACKEY GLEN PETERSON; TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to Appeal from the following Orders:

A    Order for Sanctions in Cause Nos. 427,208, and/or 2014-40980, signed on November 10, 2014;

B    Order on David Peterson and Carol Ann Manley's Motion for Sanctions in Cause Nos. 427,208-401, signed on November 10, 2014;

C    Order granting Defendant Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Rule 91a motion to dismiss in Cause Nos. 427,208, signed on November 10, 2014;

D    Order Granting Authority for Guadian (sic) ad litem and Attorney ad litem to Execute Peterson Rule 11 Agreement in Cause Nos. 427,208, signed on November 7, 2014;

E    Order Granting Authority for Guadian (sic) ad litem and Attorney ad litem to Execute Peterson Rule 11 Agreement in Cause Nos. 427,208-401, signed on November 7, 2014;

2

F    Order denying motion to reconsider 91a motion to dismiss and motion for sanctions, signed on January 9, 2015;

G    Order granting application for attorney's fees pursuant to Rule 91a Order entered on November 10, 2014, signed on January 9, 2015;

H    Order granting Silverado's first amended plea to the jurisdiction, signed on January 9, 2015;

I    Order granting Silverado's 91a motion to dismiss Plaintiffs' breach of trust and/or breach of fiduciary duty, signed on January 9, 2015;

in Cause No. 427,208 and/or No. 427,208-401 styled MACKEY GLEN PETERSON; TONYA PETERSON, Individually and as Next Friend of RUBY PETERSON; DON LESLIE PETERSON; CAROL PETERSON, Individually and as Next Friend of RUBY PETERSON; and LONNY PETERSON v. CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO SENIOR LIVING, INC., d/b/a Silverado Senior Living – Sugar Land, pending in Probate Court No. One, Harris County, Texas.

J    Final Judgment approving mediated settlement agreement in the guardianship of Ruby Peterson, Cause No. 427,208, signed on May 12, 2015.

3

Silverado Appx. 0051

No. 1-15-586-CV 3957

K    Order denying motion to dismiss the guardianship of Ruby Peterson, Cause No. 427,208, signed on May 12, 2015.

L    Order granting Silverado's motion to modify order granting first amended plea to the jurisdiction, signed on May 12, 2015, in Cause No. 427,208 and/or No. 427,208-401 styled MACKEY GLEN PETERSON; TONYA PETERSON, Individually and as Next Friend of RUBY PETERSON; DON LESLIE PETERSON; CAROL PETERSON, Individually and as Next Friend of RUBY PETERSON; and LONNY PETERSON v. CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO SENIOR LIVING, INC., d/b/a Silverado Senior Living – Sugar Land, pending in Probate Court No. One, Harris County, Texas.

M    Modified Order granting Silverado's first amended plea to the jurisdiction, signed on May 12, 2015, in Cause No. 427,208 and/or No. 427,208-401 styled MACKEY GLEN PETERSON; TONYA PETERSON, Individually and as Next Friend of RUBY PETERSON; DON LESLIE PETERSON; CAROL PETERSON, Individually and as Next Friend of RUBY PETERSON; and LONNY PETERSON v. CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO

4

SENIOR LIVING, INC., d/b/a Silverado Senior Living – Sugar Land, pending in Probate Court No. One, Harris County, Texas.

2    The dates of the Orders appealed from are November 7, 2014, November 10, 2014, January 9, 2015, and May 12, 2015.

3    MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to appeal.

4    MACKEY GLEN PETERSON TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to appeal to the First or Fourteenth Court of Appeals, Houston, Texas.

5    MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON are the parties filing this appeal.

6    This Notice of Appeal is being served on all parties to the court's Orders.

WHEREFORE, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON hereby file this notice of appeal. They also claim such further relief to which they may be justly entitled.

Respectfully submitted,

Philip M. Ross
SBN 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com
By:    /s/ Philip M. Ross
Philip M. Ross

5

Silverado Appx. 0053

Candice Schwager
1417 Ramada Drive
Houston, TX 77062
Phone: 832-315-8489
FAX: 713-583-0355

Attorneys for MACKEY GLEN
PETERSON, TONYA PETERSON,
DON LESLIE PETERSON, and LONNY
PETERSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was e-filed and sent by email or electronic delivery by agreement to:

Sarah Pacheco
Kathleen Beduze
Crain, Caton & James, PC
1401 McKinney St., Suite 1700
Houston, TX 77010

Russ Jones
Underwood, Jones, Scherrer &
Malouf, PLLC
5177 Richmond Ave., Suite 505
Houston, TX 77056

Jill Young
MacIntyre, McCulloch, Stanfield, Young, LLP
2900 Weslayan, Suite 150
Houston, TX 77027

Josh Davis
Lewis Brisbois Bisgaard & Smith, LLP
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, TX 77046

on June 8, 2015.

/s/ Philip M. Ross
Philip M. Ross

6

FILED
6/17/2015 11:11:11 AM
Stan Stanart
County Clerk
Harris County

NO. 427,208 – 401 **PROBATE COURT 1**
[formerly Cause No. 2014-40980]

| | |
|---|---|
| MACKEY ("MACK") GLEN PETERSON, § | IN THE PROBATE COURT |
| PETERSON, Individually, Next Friend § | |
| of RUBY PETERSON, DON LESLIE § | [transferred from the 129th |
| PETERSON, Individually and as Next § | Judicial District Court] |
| Friend, of RUBY PETERSON, and § | |
| LONNY PETERSON, Individually and § | |
| Next Friend of RUBY S. PETERSON, § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | NO. ONE |
| § | |
| CAROL ANNE MANLEY, § | |
| DAVID PETERSON, SILVERADO § | |
| SENIOR LIVING, INC., d/b/a Silverado § | |
| Senior Living – Sugar Land, § | |
| § | |
| Defendants. § | HARRIS COUNTY, TEXAS |

### AMENDED NOTICE OF APPEAL

TO THE HONORABLE JUDGE PRESIDING AND TO THE JUSTICES OF THE FIRST AND FOURTEENTH JUDICIAL DISTRICT COURTS OF APPEALS:

NOW COME, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON ("Plaintiffs"), by and through undersigned counsel, and file their Amended Notice of Appeal pursuant to TRAP Rule 25.1, and would show the Court as follows:

1    MACKEY GLEN PETERSON; TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON timely filed their Notice of Appeal from a

1

Silverado Appx. 0055

final judgment and various orders of the trial court in Cause Nos. 427,208 and 427,208-401 on June 8, 2015. On June 15, 2015, the Probate Clerk notified the undersigned counsel that separate notices of appeal need to be filed for each case. Therefore, Plaintiffs are now filing amended notices of appeal for each case.

2    MACKEY GLEN PETERSON; TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to Appeal from the following Orders:

A    Order for Sanctions in Cause Nos. 427,208, and/or 2014-40980, signed on November 10, 2014;

B    Order on David Peterson and Carol Ann Manley's Motion for Sanctions in Cause Nos. 427,208-401, signed on November 10, 2014;

C    Order granting Defendant Silverado Senior Living, Inc. d/b/a Silverado Senior Living – Sugar Land's Rule 91a motion to dismiss in Cause Nos. 427,208 and/or 427,208-401 signed on November 10, 2014;

D    Order Granting Authority for Guadian (sic) ad litem and Attorney ad litem to Execute Peterson Rule 11 Agreement in Cause Nos. 427,208-401, signed on November 7, 2014;

E    Order denying motion to reconsider 91a motion to dismiss and motion for sanctions, signed on January 9, 2015;

2

Silverado Appx. 0056

F    Order granting application for attorney's fees pursuant to Rule 91a

Order entered on November 10, 2014, signed on January 9, 2015;

G    Order granting Silverado's first amended plea to the jurisdiction,

signed on January 9, 2015;

H    Order granting Silverado's 91a motion to dismiss Plaintiffs' breach of

trust and/or breach of fiduciary duty in Cause No. 427,208 and/or No.

427,208-401, signed on January 9, 2015;

I    Order Approving Appointee Fees in Cause Nos. 427,208 and/or

2014-40980, signed on January 9, 2015;

J    Order granting Silverado's motion to modify order granting first

amended plea to the jurisdiction in Cause No. 427,208 and/or No.

427,208-401, signed on May 12, 2015; and

K    Modified Order granting Silverado's first amended plea to the

jurisdiction in Cause No. 427,208 and/or No. 427,208-401, signed on

May 12, 2015.

3    The dates of the Orders appealed from are November 7, 2014, November 10, 2014, January 9, 2015, and May 12, 2015.

4    MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to appeal.

3

Silverado Appx. 0057

MACKEY GLEN PETERSON TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to appeal to the First or Fourteenth Court of Appeals, Houston, Texas.

MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON are the parties filing this appeal.

This Notice of Appeal is being served on all parties to the court's Orders.

WHEREFORE, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON hereby file this amended notice of appeal. They also claim such further relief to which they may be justly entitled.

Respectfully submitted,

Philip M. Ross
SBN 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By: /s/ Philip M. Ross
Philip M. Ross
Candice Schwager
1417 Ramada Drive
Houston, TX 77062
Phone: 832-315-8489
FAX: 713-583-0355

Attorneys for MACKEY GLEN
PETERSON, TONYA PETERSON,
DON LESLIE PETERSON, and LONNY
PETERSON

4

Silverado Appx. 0058

No. 1-15-567-CV 2158

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was e-filed and sent by email or electronic delivery by agreement to:

Sarah Pacheco
Kathleen Beduze
Crain, Caton & James, PC
1401 McKinney St., Suite 1700
Houston, TX 77010

Russ Jones
Underwood, Jones, Scherrer &
Malouf, PLLC
5177 Richmond Ave., Suite 505
Houston, TX 77056

Jill Young
MacIntyre, McCulloch, Stanfield, Young, LLP
2900 Weslayan, Suite 150
Houston, TX 77027

Josh Davis
Lewis Brisbois Bisgaard & Smith, LLP
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, TX 77046

on June 16, 2015.

/s/ Philip M. Ross
Philip M. Ross

5

PROBATE COURT 1

FILED
6/16/2015 9:50:35 AM
Stan Stanart
County Clerk
Harris County

NO. 427,208

| | | |
|---|---|---|
| IN RE: GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| RUBY PETERSON | § | NO. ONE |
| | § | |
| AN ALLEGED INCAPACITATED | § | |
| PERSON | § | HARRIS COUNTY, TEXAS |

AMENDED NOTICE OF APPEAL

TO THE HONORABLE JUDGE PRESIDING AND TO THE JUSTICES OF THE FIRST AND FOURTEENTH JUDICIAL DISTRICT COURTS OF APPEALS:

NOW COME, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON ("Plaintiffs"), by and through undersigned counsel, and file their Amended Notice of Appeal pursuant to TRAP Rule 25.1, and would show the Court as follows:

1 MACKEY GLEN PETERSON; TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON timely filed their Notice of Appeal from a final judgment and various orders of the trial court in Cause Nos. 427,208 and 427,208-401 on June 8, 2015. On June 15, 2015, the Probate Clerk notified the undersigned counsel that separate notices of appeal need to be filed for each case. Therefore, Plaintiffs are now filing amended notices of appeal for each case.

2 MACKEY GLEN PETERSON; TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to Appeal from the following Orders:

1

Silverado Appx. 0060

A   Final Judgment approving mediated settlement agreement in the guardianship of Ruby Peterson, Cause No. 427,208, signed on May 12, 2015.

B   Order denying motion to dismiss the guardianship of Ruby Peterson, Cause No. 427,208, signed on May 12, 2015.

C   Order for Sanctions in Cause Nos. 427,208, and/or 2014-40980, signed on November 10, 2014;

D   Order Granting Authority for Guadian (sic) ad litem and Attorney ad litem to Execute Peterson Rule 11 Agreement in Cause No. 427,208, signed on November 7, 2014;

E   Order Approving Appointee Fees in Cause Nos. 427,208 and/or 2014-40980, signed on January 9, 2015; and

F   Order Authorizing Payment of Appointee Fees and Expenses Pursuant to Texas Estates Code Section 1054.055 for the Time Period March 27, 2014 through October 31, 2014 in Cause No. 427,208, signed on January 9, 2015.

3   The dates of the Orders appealed from are November 7, 2014, November 10, 2014, January 9, 2015, and May 12, 2015.

4   MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to appeal.

2

Silverado Appx. 0061

5     MACKEY GLEN PETERSON TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON desire to appeal to the First or Fourteenth Court of Appeals, Houston, Texas.

6     MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON are the parties filing this appeal.

7     This Notice of Appeal is being served on all parties to the court's Orders.

WHEREFORE, MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON hereby file this amended notice of appeal. They also claim such further relief to which they may be justly entitled.

Respectfully submitted,

Philip M. Ross
SBN 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By:    /s/ Philip M. Ross
       Philip M. Ross
       Candice Schwager
       1417 Ramada Drive
       Houston, TX 77062
       Phone: 832-315-8489
       FAX: 713-583-0355

Attorneys for MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, and LONNY PETERSON

3

Silverado Appx. 0062

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was e-filed and sent by email or electronic delivery by agreement to:

Sarah Pacheco
Kathleen Beduze
Crain, Caton & James, PC
1401 McKinney St., Suite 1700
Houston, TX 77010

Russ Jones
Underwood, Jones, Scherrer &
Malouf, PLLC
5177 Richmond Ave., Suite 505
Houston, TX 77056

Jill Young
MacIntyre, McCulloch, Stanfield, Young, LLP
2900 Weslayan, Suite 150
Houston, TX 77027

Josh Davis
Lewis Brisbois Bisgaard & Smith, LLP
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, TX 77046

on June 16, 2015.

/s/ Philip M. Ross
Philip M. Ross

4

Silverado Appx. 0063

No. 1-15-586-CV 3964